# Court of Appeals
# of the State of Georgia

ATLANTA, <u>  June 30, 2022          </u>

*The Court of Appeals hereby passes the following order:*

**A22D0417. BRENTREZ JARMYKUS MCPHERSON v. THE STATE.**

In 2013, Brentrez Jarmykus McPherson pled guilty to multiple offenses, including attempted rape. He has subsequently filed multiple pro se motions. On May 17, 2022, the trial court entered an order dismissing his "Motion to Attack Judgment as Null to Set Aside Illegal Guilty Plea for Lack of Jurisdiction 17-9-4." McPherson then filed this application for discretionary review. We, however, lack jurisdiction.

A post-conviction motion seeking to vacate an allegedly void conviction is not a valid procedure in a criminal case, and any appeal from the denial or dismissal of such a motion must be dismissed. See *Williams v. State*, 287 Ga. 192, 192 (695 SE2d 244) (2010); *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010). Because McPherson's motion was an improper collateral attack on his conviction, this application for discretionary appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* <u> 06/30/2022          </u>
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* _____ *, Clerk.*